**Fill in this information to identify the case:**

Debtor name   **Digital Connections, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known)   **3:19-bk-03208**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................    $     **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................    $     **1,162,543.82**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................    $     **1,162,543.82**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **5,644,165.36**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $     **652,362.62**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     **3,101,823.48**

4. Total liabilities ......................................................................................................
   Lines 2 + 3a + 3b    $     **9,398,351.46**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:19-bk-03208    Doc 8    Filed 06/03/19    Entered 06/03/19 19:24:59    Desc Main
Document     Page 1 of 46

**Fill in this information to identify the case:**

Debtor name    **Digital Connections, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    **3:19-bk-03208**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| **3.** | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account    Last 4 digits of account number | |
| 3.1. | **Simmons Bank** | **Operating Checking** | **$86,102.70** |
| 3.2. | **Simmons Bank** | **Savings** | **$302.87** |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.** | **$86,405.57**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Rent and Utilities for 805 Teal Drive** | **$8,550.00** |
| --- | --- | --- |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 3:19-bk-03208    Doc 8    Filed 06/03/19    Entered 06/03/19 19:24:59    Desc Main
Document      Page 2 of 46

Debtor    **Digital Connections, Inc.**                                    Case number *(If known)*  **3:19-bk-03208**
          Name

| | | |
|---|---|---|
| 8.1. | **Databank Holdings Ltd.** | $1,978.79 |
| 8.2. | **Principal Life Insurance Co.** | $3,491.08 |
| 8.3. | **Traveler's Insurance** | $4,250.00 |
| 8.4. | **Traveler's Insurance** | $9,491.25 |
| 8.5. | **Blue Cross Blue Shield** | $13,211.85 |

9.    **Total of Part 2.**                                                          $40,972.97
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        **612,854.20**    -              **0.00**   = ....        $612,854.20
                              face amount          doubtful or uncollectible accounts

11b. Over 90 days old:           **14,146.58**     -              **0.00**   =....          $14,146.58
                              face amount          doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                         $627,000.78
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  Investments

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy
Case 3:19-bk-03208    Doc 8    Filed 06/03/19    Entered 06/03/19 19:24:59    Desc Main
                    Document      Page 3 of 46

| Debtor | **Digital Connections, Inc.** | Case number *(If known)* **3:19-bk-03208** |
|---|---|---|
| | Name | |

---

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

---

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Office Furniture acquired 10/8/15** | **$0.00** | | **$19,766.06** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **See Attached Schedule** | **$0.00** | | **$205,402.82** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$225,168.88** |
|---|---|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

---

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

---

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Digital Connections, Inc.** | Case number *(If known)* | **3:19-bk-03208** |
|---|---|---|---|
| | Name | | |

| Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. **805 Teal Drive, Gallatin TN 37066** | **Lease** | **$0.00** | | **$0.00** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Sniffer with VoIP options** **Yellowjacket Wireless Survey Kit** **Microsoft Office 2010 License** **MS Project License** **MS Visio Licenses** **NetIQ Software** **Microsoft Licenses** **Microsoft Licenses** **Helpdesk Software** **MS Licenses 1 Office Pro 3 Office Standa** | **$0.00** | | **$48,948.77** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$48,948.77** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

Debtor    **Digital Connections, Inc.**        Case number *(If known)*   **3:19-bk-03208**
       Name

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ■ No

    ☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |
| **71.**   **Notes receivable** <br> Description (include name of obligor) | |
| **72.**   **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
|     **State of Texas - Sales Tax Surety Bond**    Tax year _____ | $27,525.00 |
|     **State of Tennessee - Deferred Income Taxes**    Tax year _____ | $39,000.00 |
| **73.**   **Interests in insurance policies or annuities** | |
|     **John Hancock Life Insurance Policy on Jamie Spurlock** | $8,016.00 |
| **74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| **76.**   **Trusts, equitable or future interests in property** | |
| **77.**   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|     **Leasehold Improvements** | $59,505.85 |

**78.**   **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

                  | $134,046.85 |

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **Digital Connections, Inc.**      Case number *(If known)* **3:19-bk-03208**
Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $86,405.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $40,972.97 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $627,000.78 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $225,168.88 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $48,948.77 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $134,046.85 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,162,543.82 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,162,543.82 |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Digital Connections, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF TENNESSEE</td></tr>
<tr><td>Case number (if known)</td><td><strong>3:19-bk-03208</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1 Internal Revenue Service**
Creditor's Name

**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**5/16/16**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Amount of claim: **$302,903.00** | Value of collateral: **$0.00**

Describe the lien
**Federal Tax Lien (Sumner County no. 1155126)**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2 Internal Revenue Service**
Creditor's Name

**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**3/14/16**
Last 4 digits of account number

Describe debtor's property that is subject to a lien

Amount of claim: **$123,646.00** | Value of collateral: **$0.00**

Describe the lien
**Federal Tax Lien (Sumer County no. 1148269)**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| Debtor | **Digital Connections, Inc.** | Case number (if know) | **3:19-bk-03208** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

---

| 2.3 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $216,320.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

**Describe the lien**
**Federal Tax Lien (Sumner County no. 1131885)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/21/15**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $285,102.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

**Describe the lien**
**Federal Tax Lien (Sumner County no. 1130430)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/8/15**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **South Carolina Department of Revenue** | Describe debtor's property that is subject to a lien | $381.00 | $0.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 3:19-bk-03208    Doc 8    Filed 06/03/19    Entered 06/03/19 19:24:59    Desc Main
Document     Page 9 of 46

Debtor    **Digital Connections, Inc.**                    Case number (if know)    **3:19-bk-03208**
      Name

Creditor's Name

**P.O. Box 125**
**Columbia, SC 29214**
Creditor's mailing address

                   **Describe the lien**
                   **State Tax Lien (Richland County)**
                   **Is the creditor an insider or related party?**
                   ■ No
Creditor's email address, if known   ☐ Yes
                   **Is anyone else liable on this claim?**

**Date debt was incurred**     ■ No
**4/13/18**              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**  **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
■ No                ☐ Contingent
☐ Yes. Specify each creditor,  ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.6 | **State of Alabama** | Describe debtor's property that is subject to a lien | **$1,154.00** | **$0.00** |

Creditor's Name

**50 North Ripley Street**
**Montgomery, AL 36104**
Creditor's mailing address

                   **Describe the lien**
                   **State Tax Lien (Book 5192 at Page 512)**
                   **Is the creditor an insider or related party?**
                   ■ No
Creditor's email address, if known   ☐ Yes
                   **Is anyone else liable on this claim?**

**Date debt was incurred**     ■ No
**1/24/19**              ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**  **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
■ No                ☐ Contingent
☐ Yes. Specify each creditor,  ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.7 | **State of Alabama** | Describe debtor's property that is subject to a lien | **$1,552.00** | **$0.00** |

Creditor's Name

**50 North Ripley Street**
**Montgomery, AL 36104**
Creditor's mailing address

                   **Describe the lien**
                   **State Tax Lien (Montgomery County Book**
                   **5207 at Page 164)**
                   **Is the creditor an insider or related party?**
                   ■ No
Creditor's email address, if known   ☐ Yes
                   **Is anyone else liable on this claim?**

**Date debt was incurred**     ■ No
**3/7/19**               ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**  **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Digital Connections, Inc.** | | Case number (if know) | **3:19-bk-03208** |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.8 | **State of Alabama** | Describe debtor's property that is subject to a lien | $6,182.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**50 North Ripley Street
Montgomery, AL 36104**
Creditor's mailing address

**Describe the lien
State Tax Lien (Montgomery County Book 5186 at Page 682)**
Is the creditor an insider or related party?

Creditor's email address, if known

- ■ No
- ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred
1/4/19**
Last 4 digits of account number

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.9 | **State of Alabama** | Describe debtor's property that is subject to a lien | $2,425.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**50 North Ripley Street
Montgomery, AL 36104**
Creditor's mailing address

**Describe the lien
State Tax Lien (Montgomery County Book 5002 at Page 441)**
Is the creditor an insider or related party?

Creditor's email address, if known

- ■ No
- ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred
8/15/17**
Last 4 digits of account number

- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.10 | **State of Florida** | Describe debtor's property that is subject to a lien | $4,681.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

Creditor's mailing address

**Describe the lien
State Tax Lien (Columbia County Case no. 201712018483)**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 7

Debtor   **Digital Connections, Inc.**

Name

Case number (if know)   **3:19-bk-03208**

---

| | | |
|---|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | |
| **Date debt was incurred**<br>**10/9/17**<br>**Last 4 digits of account number** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

---

| 2.1 1 | **State of Florida** | Describe debtor's property that is subject to a lien | $773.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

| | | |
|---|---|---|
| Creditor's mailing address | **Describe the lien**<br>**State Tax Lien (Columbia County Case no. 201712013148)**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No | |
| **Date debt was incurred**<br>**7/14/17**<br>**Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

---

| 2.1 2 | **State of Mississippi** | Describe debtor's property that is subject to a lien | $1,357.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

| | | |
|---|---|---|
| **P.O. Box 22808**<br>**Jackson, MS 39225**<br>Creditor's mailing address | **Describe the lien**<br>**State Tax Lien (Case No. 1143101)**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>■ No | |
| **Date debt was incurred**<br>**4/22/19**<br>**Last 4 digits of account number** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Digital Connections, Inc.** | Case number *(if know)* | **3:19-bk-03208** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **State of West Virginia Tax Dept** | Describe debtor's property that is subject to a lien | $669.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Legal Division - Bankruptcy Unit**
**P.O. Box 766**
**Charleston, WV 25323**
Creditor's mailing address

**Describe the lien**
**State Tax Lien (Kanawha County Book 293 at Page 533)**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/16/18**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 4 | **State of West Virginia Tax Dept.** | Describe debtor's property that is subject to a lien | $429.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Legal Division - Bankruptcy Unit**
**P.O. Box 766**
**Charleston, WV 25323**
Creditor's mailing address

**Describe the lien**
**State Tax Lien (Kanawha County Book 291 at Page 222)**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**8/14/18**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 5 | **The Miles Foundation, Inc.** | Describe debtor's property that is subject to a lien | $4,696,591.36 | $0.00 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | | |
|---|---|---|
| Debtor **Digital Connections, Inc.** | Case number (if know) | **3:19-bk-03208** |
| Name | | |

Creditor's Name

**Attn: Grant Coates,
President
5049 Edwards Ranch Road,
Suite 280
Fort Worth, TX 76109**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $5,644,165.36

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did
you enter the related creditor? | Last 4 digits of
account number for
this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Digital Connections, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) **3:19-bk-03208**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address<br>**Alabama Department of Revenue**<br>**50 North Ripley Street**<br>**Montgomery, AL 36104** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $805.21 | $805.21 |
| Date or dates debt was incurred | Basis for the claim:<br>**Payroll Witholding** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Arizona Department of Revenue**<br>**P.O. Box 29086**<br>**Phoenix, AZ 85038** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,199.24 | $3,199.24 |
| Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 3:19-bk-03208    Doc 8    Filed 06/03/19    Entered 06/03/19 19:24:59    Desc Main
Document    Page 15 of 46

24557

| Debtor | **Digital Connections, Inc.** | Case number (if known) | **3:19-bk-03208** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,296.38 | $1,296.38 |
|---|---|---|---|---|

**Arkansas Department of Finance and Admin**
**Arkansas Witholding Tax Section**
**P.O. Box 8055**
**Little Rock, AR 72203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Witholding**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,416.92 | $8,416.92 |
|---|---|---|---|---|

**California Department of Tax and Fee**
**Administration**
**P.O. Box 942879**
**Sacramento, CA 94279**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00 | $800.00 |
|---|---|---|---|---|

**California Department of Tax and Fee**
**Administration**
**P.O. Box 942879**
**Sacramento, CA 94279**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2018 Income Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,259.77 | $33,259.77 |
|---|---|---|---|---|

**Florida Department of Revenue**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | Digital Connections, Inc. | Case number (if known) | 3:19-bk-03208 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.00 | $10.00 |
|---|---|---|---|---|

**Georgia Department of Revenue**
**1800 Century Boulevard NE**
**Atlanta, GA 30345**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **2018 Income Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $534,928.79 | $534,928.79 |
|---|---|---|---|---|

**Internal Revenue Service**
**Attn: Lisa C. Anderson**
**801 Broadway MDP47**
**Nashville, TN 37203-3816**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **IRS Trust/Principal Portion of Installment K** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.06 | $324.06 |
|---|---|---|---|---|

**Kentucky Department of Revenue**
**Legal Support Branch -**
**Bankruptcy**
**P.O. Box 5222**
**Frankfort, KY 40602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll witholding** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.00 | $175.00 |
|---|---|---|---|---|

**Kentucky Department of Revenue**
**Legal Support Branch -**
**Bankruptcy**
**P.O. Box 5222**
**Frankfort, KY 40602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **2018 Tax Return** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case 3:19-bk-03208   Doc 8   Filed 06/03/19   Entered 06/03/19 19:24:59   Desc Main
Document     Page 17 of 46

| Debtor | **Digital Connections, Inc.** | Case number (if known) | **3:19-bk-03208** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $563.06 | $563.06 |
|---|---|---|---|---|

**Louisiana Department of Revenue**
P.o. Box 3138
Baton Rouge, LA 70821

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Sales Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,658.95 | $3,658.95 |
|---|---|---|---|---|

**Mississippi Department of
Revenue**
P.O. Box 22808
Jackson, MS 39225

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Sales Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.17 | $70.17 |
|---|---|---|---|---|

**Murray Kentucky Department of
Revenue
Legal Support Branch -
Bankruptcy**
P.O. Box 5222
Frankfort, KY 40602

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Payroll Witholding** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,336.18 | $2,336.18 |
|---|---|---|---|---|

**New Mexico Taxation and Revenue
Dept.**
P.O. Box 630
Santa Fe, NM 87504

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Sales Tax** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Digital Connections, Inc.** | Case number (if known) | **3:19-bk-03208** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,730.09 | $1,730.09 |
|---|---|---|---|---|

**North Carolina Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**North Carolina Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**2018 Tax Return**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $364.00 | $364.00 |
|---|---|---|---|---|

**Oklahoma Tax Commission**
**2501 North Lincoln Blvd**
**Oklahoma City, OK 73194**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Witholding**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,697.41 | $47,697.41 |
|---|---|---|---|---|

**Tennessee Department of Revenue**
**500 Deaderick Street**
**Nashville, TN 37242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Case 3:19-bk-03208    Doc 8    Filed 06/03/19    Entered 06/03/19 19:24:59    Desc Main
Document     Page 19 of 46

| Debtor | **Digital Connections, Inc.** | Case number (if known) | **3:19-bk-03208** |
|---|---|---|---|
| | Name | | |

---

**2.19** | Priority creditor's name and mailing address

**Tennessee Department of Revenue**
**500 Deaderick Street**
**Nashville, TN 37242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,139.00 | $2,139.00

Date or dates debt was incurred

Basis for the claim:
**2018 Income Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20** | Priority creditor's name and mailing address

**Texas Comptroller of Public**
**Accounts**
**P.O. Box 13528**
**Capitol Station**
**Austin, TX 78711**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$91.06 | $91.06

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21** | Priority creditor's name and mailing address

**Washington Department of**
**Revenue**
**Treasury Management**
**P.O. Box 47464**
**Olympia, WA 98504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,268.79 | $9,268.79

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22** | Priority creditor's name and mailing address

**West Virginia Department of**
**Revenue**
**Legal Division - Bankruptcy Unit**
**P.O. Box 766**
**Charleston, WV 25323**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,203.54 | $1,203.54

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

---

| Debtor | **Digital Connections, Inc.** | Case number (if known) | **3:19-bk-03208** |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$92.16** |
|---|---|---|---|

**A-Z Office Resources**
P.O. Box 1317
Columbia, TN 38402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$333.75** |
|---|---|---|---|

**ADT Security Services**
P.O. Box 371878
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$86,086.87** |
|---|---|---|---|

**Al J. Schneider Company**
325 West Main Street, Suite 250
Louisville, KY 40202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/31/14**

Basis for the claim:  **Unused funds in Technology Infrastructure Refresh Fund**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$134,700.88** |
|---|---|---|---|

**Alternative Service Concepts, LLC**
2501 McGavock Pike, Suite 802
Nashville, TN 37214

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/4/2019**

Basis for the claim:  **Prepayment for services to be rendered**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,233.94** |
|---|---|---|---|

**AT&T Data/Internet (Huntsville Office)**
P.O. Box 5019
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$562.67** |
|---|---|---|---|

**AT&T Mobility**
P.O. Box 6463
Carol Stream, IL 60197-6463

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,900.28** |
|---|---|---|---|

**AT&T PRO - CABS**
P.O. Box 105373
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Digital Connections, Inc.** | Case number (if known) | **3:19-bk-03208** |
|---|---|---|---|
| | Name | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $197,455.65 |
|---|---|---|---|

**AVT Technology Solutions, LLC**
**8700 South Price Road**
**Tempe, AZ 85284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164.88 |
|---|---|---|---|

**Barry Harpending**
**1215 E. Woodshire Dr.**
**Knoxville, TN 37922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2019**

Basis for the claim:  **Expense Reimbursements**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,178.90 |
|---|---|---|---|

**Bradley Arant Boult Cummings LLP**
**P.O. Box 340025**
**Nashville, TN 37203-0025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,371.34 |
|---|---|---|---|

**Chuck Scoville**
**2503 Twelve Oaks Lane**
**Colleyville, TX 76034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Ordinary Course Expenses**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,000.00 |
|---|---|---|---|

**Cira Infotech, Inc.**
**5755 N. Point Parkway**
**Suite 82**
**Alpharetta, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.00 |
|---|---|---|---|

**City of Gallatin**
**132 West Main Street**
**Gallatin, TN 37066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,989.79 |
|---|---|---|---|

**City of Goodlettsville**
**105 South Main Street**
**Goodlettsville, TN 37072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lease for Meraki Phone System**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Digital Connections, Inc.** | Case number (if known) | **3:19-bk-03208** |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.86 |
|---|---|---|---|

**Comcast Business**
P.O. Box 71211
Charlotte, NC 28272-1211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,682.41 |
|---|---|---|---|

**ConnectWise, Inc.**
28819 Network Place
Chicago, IL 60673-1288

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Creditors Adjustment Bureau Inc.**
14226 Ventura Blvd.
Sherman Oaks, CA 91423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,159.17 |
|---|---|---|---|

**Cyflare, LLC**
600 Fishers Station Dr.
Victor, NY 14564-9784

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,397.23 |
|---|---|---|---|

**Darrel Davis**
3917 Meadow Drive
Grapevine, TX 76051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Unsecured Loan and Ordinary Course Expenses

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,957.58 |
|---|---|---|---|

**Databank Holdings Ltd.**
P.O. Box 732200
Dallas, TX 75373-2200

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,886.50 |
|---|---|---|---|

**Digital Group Inc.**
913 Myatt Industrial Drive
Madison, TN 37115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Digital Connections, Inc.** | Case number (if known) | **3:19-bk-03208** |
|---|---|---|---|
| | Name | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$268.34** |
|---|---|---|---|

**Federal Express**
P.O. Box 660481
Dallas, TX 75266-0481

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58.30** |
|---|---|---|---|

**Graybar Electric Company Inc.**
P.O.Box 403052
Atlanta, GA 30384-3052

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$219.59** |
|---|---|---|---|

**Host My Calls**
4408 Middlebrook Pike
Knoxville, TN 37921

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$469,791.00** |
|---|---|---|---|

**Jamie Spurlock**
232 Hidden Lake Road
Hendersonville, TN 37075

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Seller Note_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120.00** |
|---|---|---|---|

**Jason Doll**
12405 Oak Alley
Guthrie, OK 73044

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,500.00** |
|---|---|---|---|

**Lattimore, Black Morgan & Cain, P.C.**
201 Franklin Road
Brentwood, TN 37027

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$285,000.00** |
|---|---|---|---|

**Linda Kemp**
P.O. Box 751
Hendersonville, TN 37077

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Seller Note_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 3:19-bk-03208   Doc 8   Filed 06/03/19   Entered 06/03/19 19:24:59   Desc Main
Document      Page 24 of 46

| Debtor | **Digital Connections, Inc.** | Case number (if known) | **3:19-bk-03208** |
|---|---|---|---|
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175,000.00** |
|---|---|---|---|

**MCR Capital Advisors**
**13601 Preston Road**
**Suite 417W**
**Dallas, TX 75240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$522.00** |
|---|---|---|---|

**Mint Condition**
**101 SE Parkway Court**
**Suite 230**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|---|

**Network Services Group**
**312 Blue Bird Drive**
**Goodlettsville, TN 37072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,321.69** |
|---|---|---|---|

**Nexinite, LLC**
**P.O. Box 749**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.34** |
|---|---|---|---|

**Performance Business Forms**
**Attn: Ron Woodard**
**200 Blanton Avenue**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  03/13/2019**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103,466.34** |
|---|---|---|---|

**Pure Storage - CABS**
**Creditors Adjustment Bureau**
**14226 Ventura Blvd.**
**Sherman Oaks, CA 91423**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,653.32** |
|---|---|---|---|

**R & S Groundskeeping**
**805 E. Robertson Rd.**
**Castalian Springs, TN 37031-4615**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Case 3:19-bk-03208   Doc 8   Filed 06/03/19   Entered 06/03/19 19:24:59   Desc Main
Document      Page 25 of 46

| Debtor | **Digital Connections, Inc.** | Case number (if known) | **3:19-bk-03208** |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $658.10 |
|---|---|---|---|

**Robert J. Young**
**MSC 7511**
**P.O. Box 415000**
**Nashville, TN 37241-7511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,520.47 |
|---|---|---|---|

**Shadow Peak Inc.**
**391 Iverness Parkway**
**Suite 350**
**Englewood, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,912.60 |
|---|---|---|---|

**Synnex Corporation**
**P.O. Box 406748**
**Atlanta, GA 30384-6748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218.48 |
|---|---|---|---|

**TD Technologies**
**4023 S. Old US Highway 23**
**Suite 112**
**Brighton, MI 48114-8641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192,956.68 |
|---|---|---|---|

**Tech Data Corporation**
**P.O. Box 806003**
**Charlotte, NC 28290-6003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,509.86 |
|---|---|---|---|

**Tenn Properties, GP**
**1047 Glenbrook Way**
**Hendersonville, TN 37075-1306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,025,000.00 |
|---|---|---|---|

**Tom Kidd**
**912 Chalet Court**
**Colleyville, TX 76034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _Shareholder Loan_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Digital Connections, Inc.** | Case number (if known) | **3:19-bk-03208** |
|---|---|---|---|
| | Name | | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,741.25** |
|---|---|---|---|

**Traveler's Insurance**
P.O. Box 660317
Dallas, TX 75266-0317

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$209.50** |
|---|---|---|---|

**Verizon Wireless**
P.O. Box 660108
Dallas, TX 75266-0108

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$61,761.07** |
|---|---|---|---|

**Westcon - Altus Global Trade Solutions**
2400 Veterans Memorial Blvd.
Kenner, LA 70062

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,046.56** |
|---|---|---|---|

**WhiteSky Communications, LLC**
5710 Watermelon Road
Northport, AL 35473

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,438.13** |
|---|---|---|---|

**WhiteSky Communications, LLC**
5710 Watermelon Road
Northport, AL 35473

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Servicing of VOIP Phone System for Alternative Service Concepts**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$915.00** |
|---|---|---|---|

**Wired Telecom, Inc.**
5481 Wiles Road
Suite 502
Coconut Creek, FL 33073-4217

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Case 3:19-bk-03208  Doc 8  Filed 06/03/19  Entered 06/03/19 19:24:59  Desc Main
Document  Page 27 of 46

| Debtor | **Digital Connections, Inc.** | Case number (if known) | **3:19-bk-03208** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Kenneth J. Freed**<br>**Attorney for Creditors Adjustment Bureau**<br>**P.O. Box 5914**<br>**Sherman Oaks, CA 91413** | Line __3.17__<br><br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 652,362.62 |
| 5b. Total claims from Part 2 | 5b. + $ | 3,101,823.48 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 3,754,186.10 |

**Fill in this information to identify the case:**

Debtor name  **Digital Connections, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  **3:19-bk-03208**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **IT and Security** | |
| State the term remaining | **through June 2020** | |
| List the contract number of any government contract | | **Alternative Service Concepts, LLC**<br>**2501 McGavock Pike, Suite 802**<br>**Nashville, TN 37214** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Reseller Services Agreement** | |
| State the term remaining | | |
| List the contract number of any government contract | | **AVT Technology**<br>**8700 South Price Road**<br>**Tempe, AZ 85284** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Employment** | |
| State the term remaining | | |
| List the contract number of any government contract | | **Charles Scoville**<br>**2503 Twelve Oaks Lane**<br>**Colleyville, TX 76034** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease for Meraki Network Equipment** | |
| State the term remaining | | |
| List the contract number of any government contract | | **City of Goodlettsville** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor 1 | **Digital Connections, Inc.** | | | Case number *(if known)* | **3:19-bk-03208** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Employment** | |
|---|---|---|---|
| | State the term remaining | | **Darrel Davis** |
| | List the contract number of any government contract | | **3917 Hidden Meadow Drive** |
| | | | **Grapevine, TX 76051** |

Correction: 

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Employment** |
|---|---|---|
| | State the term remaining | **Darrel Davis** |
| | List the contract number of any government contract | **3917 Meadow Drive** |
| | | **Grapevine, TX 76051** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Employment** |
|---|---|---|
| | State the term remaining | **Jamie Spurlock** |
| | List the contract number of any government contract | **232 Hidden Lake Road** |
| | | **Hendersonville, TN 37075** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement Agreement for Tax Preparation** |
|---|---|---|
| | State the term remaining | **Lattimore, Black, Morgan & Cain, P.C.** |
| | List the contract number of any government contract | **201 Franklin Road** |
| | | **Brentwood, TN 37027** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor Services Agreement** |
|---|---|---|
| | State the term remaining | **MCR Capital Advisors Corp.** |
| | List the contract number of any government contract | **13601 Preston Road** |
| | | **Suite 417W** |
| | | **Dallas, TX 75240** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Notice Only** |
|---|---|---|
| | State the term remaining | **Michael A. Stewart** |
| | List the contract number of any government contract | **Bass, Berry & Sims PLC** |
| | | **150 Third Avenue South, Suite 2800** |
| | | **Nashville, TN 37201** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Reseller Services Agreement** |
|---|---|---|
| | State the term remaining | **Synnex** |
| | List the contract number of any | **P.O. Box 406748** |
| | | **Atlanta, GA 30384** |

Case 3:19-bk-03208   Doc 8   Filed 06/03/19   Entered 06/03/19 19:24:59   Desc Main
Document     Page 30 of 46

Debtor 1    **Digital Connections, Inc.**         Case number *(if known)*   **3:19-bk-03208**

First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | government contract |  |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Confidentiality Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  | **Synnex Corporation** |
|  | List the contract number of any government contract |  | **44201 Nobel Drive** **Fremont, CA 94538** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Contractor** |  |
|---|---|---|---|
|  | State the term remaining |  | **TaxGuard** |
|  | List the contract number of any government contract |  | **1750 14th Street, Suite 201** **Boulder, CO 80302** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Reseller Service Agreement** |  |
|---|---|---|---|
|  | State the term remaining |  | **Tech Data Corporation** **Attn: Vice President of Credit, Americas** |
|  | List the contract number of any government contract |  | **5350 Tech Data Drive** **Clearwater, FL 33760** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease Agreement for 805 Teal Drive** |  |
|---|---|---|---|
|  | State the term remaining | **2020** | **Tenn Properties, GP** |
|  | List the contract number of any government contract |  | **147 Maple Row Boulevard, Suite 100** **Hendersonville, TN 37075** |

**Fill in this information to identify the case:**

Debtor name __**Digital Connections, Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF TENNESSEE__

Case number (if known) __3:19-bk-03208__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.2 | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.3 | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.4 | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |

**Fill in this information to identify the case:**

Debtor name **Digital Connections, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) **3:19-bk-03208**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,220,266.25** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None. **\*Information to be compiled and revised SOFA to be filed.**

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   | --- | --- | --- | --- |

Case 3:19-bk-03208   Doc 8   Filed 06/03/19   Entered 06/03/19 19:24:59   Desc Main Document     Page 33 of 46

Debtor    **Digital Connections, Inc.**      Case number *(if known)* **3:19-bk-03208**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Charles Scoville**<br>**2503 Twelve Oaks Lane**<br>**Colleyville, TX 76034**<br>**CEO** | **6/27/18,**<br>**9/13/18,**<br>**2/14/19,**<br>**2/28/19,**<br>**3/14/,2019,**<br>**3/29/2019,**<br>**4/15/2019** | **$28,055.67** | **Business Expense**<br>**Reimbursements** |
| 4.2.   **Darrel Davis**<br>**3917 Meadow Drive**<br>**Grapevine, TX 76051**<br>**COO** | **5/14/19** | **$5,000.00** | **Expense Reimbursement** |
| 4.3.   **Benjamin Shackelford**<br><br>**Solution Architect** | **6/19/18,**<br>**7/18/18,**<br>**8/15/18,**<br>**8/31/18,**<br>**9/26/18,**<br>**10/4/18,**<br>**10/16/18,**<br>**10/25/18,**<br>**10/2/18,**<br>**11/07/18,**<br>**11/20/18,**<br>**12/7/18,**<br>**12/21/18,**<br>**1/15/19,**<br>**1/25/19,**<br>**2/6/19,**<br>**2/20/19,**<br>**3/5/19,**<br>**3/8/19,**<br>**3/13/19,**<br>**3/22/19,**<br>**3/28/19,**<br>**4/10/19,**<br>**4/18/19,**<br>**4/23/19,**<br>**4/30/19,**<br>**5/20/19** | **$37,011.72** | **Expenses** |
| 4.4.   **Shawn Nutting** | **8/15/18,**<br>**9/27/18,**<br>**10/2/18,**<br>**11/16/18,**<br>**12/7/18,**<br>**12/21/18,**<br>**1/25/19,**<br>**1/31/19,**<br>**2/19/19,**<br>**3/5/19,**<br>**4/4/19,**<br>**5/4/19,**<br>**5/15/19,**<br>**5/20/19** | **$20,674.18** | **Expenses** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5. **Scott Reisenweber**<br><br>**Managed Services Support Engineer** | **8/17/18, 10/2/18, 12/7/18, 1/31/19, 2/19/19, 3/5/19, 3/31/19, 4/4/19, 5/7/19, 5/20/19** | **$865.82** | **Expenses** |
| 4.6. **Jason Doll**<br><br>**Inside Sales Rep** | **1/31/19** | **$240.00** | **Expenses** |
| 4.7. **Sarah Jones**<br><br>**EVP / Secretary** | **5/20/19** | **$298.07** | **Expenses** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Creditors Adjustment Bureau v. Digital Connections, Inc. 16CV293935** | **Collection** | **Superior Court of California County of Santa Clara, Unlimited Civil San Jose Courthouse 191 North First Street San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Digital Connections, Inc.**                                    Case number *(if known)*  **3:19-bk-03208**

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Nelson Mullins Riley & Scarborough LLP**<br>**150 Fourth Avenue North**<br>**Suite 1100**<br>**Nashville, TN 37219** | **Attorney Fees** | **5/17/2019** | **$25,000.00** |
| | **Email or website address**<br>**shane.ramsey@nelsonmullins.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

Case 3:19-bk-03208    Doc 8    Filed 06/03/19    Entered 06/03/19 19:24:59    Desc Main
Document    Page 36 of 46

Debtor    **Digital Connections, Inc.**                                    Case number *(if known)*   **3:19-bk-03208**

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

**Part 7:**    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:**    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with<br>access to it<br>Address | Description of the contents | Do you still<br>have it? |
|---|---|---|---|

Case 3:19-bk-03208    Doc 8    Filed 06/03/19    Entered 06/03/19 19:24:59    Desc Main
Document      Page 37 of 46

| Debtor | Digital Connections, Inc. | Case number *(if known)* 3:19-bk-03208 |
|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Digital Connections, Inc.** | Case number *(if known)* 3:19-bk-03208 |
|---|---|---|

| Business name address | Describe the nature of the business | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Lattimore, Black Morgan & Cain, P.C.**<br>**201 Franklin Road**<br>**Brentwood, TN 37027** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles D. Scoville | 2503 Twelve Oaks Lane<br>Colleyville, TX 76034 | CEO, President, Chairman, Director, Shareholder | 12.25 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Darrel W. Davis | 3917 Meadow Drive<br>Grapevine, TX 76051 | COO, Director, Shareholder | 18.84 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tom Colvin | Dallas, TX | CFO | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Digital Connections, Inc.** | Case number *(if known)* **3:19-bk-03208** |
| --- | --- | --- |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Stephen Gatlin | Dallas, TX | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Gatlin Holdings, LLC | Stephen Gatlin, Sole Member Dallas, TX | Shareholder | 18.84 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Tom Kidd | 912 Chalet Court Colleyville, TX 76034 | Director, Shareholder | 50.07 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Sarah Jones | Gallatin, TN | EVP [HR], Secretary | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | **Darrel Davis 3917 Meadow Drive Grapevine, TX 76051** | **$5,000, $5,000** | **4/15/19, 4/18/19** | **Shareholder Advance Re-Payments** |
| | Relationship to debtor **COO** | | | |
| 30.2. | **Jason Doll 12405 Oak Valley Guthrie, OK 73044** | **$120.00** | **5/20/19** | **Bill Payment** |
| | Relationship to debtor **Inside Sales Rep** | | | |
| 30.3. | **Sarah Jones** | **$18,574.37** | **5/20/19** | **Bill Payment** |
| | Relationship to debtor **EVP / Secretary** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.4. | | | 5/22/18, 5/31/18, 6/15/18, 6/29/18, 7/13/18, 7/31/18, 8/15/18, 8/31/18, 9/14/18, 9/28/18, 10/15/18, 10/31/18, 11/15/18, 11/30/18, 12/14/18, 12/31/18, 1/15/19, 1/31/19, 2/15/19, 2/28/19, 3/15/19, 3/29/19, 4/15/19, 4/30/19, 5/15/19 | |
| | **Darrel Davis** | $5,893.54, $5,842.69, $5,893.54, $5,842.68, $6,238.04, $6,478.22, $6,535.27, $6,478.21, $7,507.79, $6,964.48, $6,964.48, $6,967.43, $6,928.38, $6,872.22, $6,928.38, $7,275.74, $6,399.20, $6,348.36, $6,399.20, $6,348.36, $6,399.20, $6,348.37, $6,399.20, $6,348.36, $6,390.20 | | **Payroll** |
| | Relationship to debtor **COO** | | | |

Case 3:19-bk-03208    Doc 8    Filed 06/03/19    Entered 06/03/19 19:24:59    Desc Main
Document     Page 41 of 46

Debtor  **Digital Connections, Inc.**                                   Case number *(if known)*  **3:19-bk-03208**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | | | 5/31/18, 6/15/18, 6/29/18, 7/13/18, 7/31/18, 7/31/18, 8/15/18, 8/31/18, 9/14/18, 9/28/18, 10/15/18, 10/31/18, 10/31/18, 11/15/18, 11/30/18, 12/14/18, 12/31/18, 1/15/19, 1/31/19, 1/31/19, 2/15/19, 2/15/19, 2/28/19, 3/15/19, 3/29/19, 4/15/19, 4/30/19, 4/30/19, 5/15/19 | |
| | **Jason Doll** | $1,682.06, $1,748.02, $1,672.42, $1,732.76, $1,672.42, $229.63, $1,732.77, $1,672.41, $1,732.77, $1,672.41, $1,672.41, $1,732.77, $462.89, $1,775.72, $1,678.02, $1,738.35, $1,678.02, $1,753.25, $1,672.09, $488.54, $1,742.85, $96.99, $1,682.50, $1,742.85, $1,682.50, $1,742.84, $1,678.45, $1,043.30, $1,742.04 | | **Payroll** |
| | **Relationship to debtor**<br>**Insider Sales Rep** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | **5/21/18, 5/31/18, 6/15/18, 6/29/18, 7/13/18, 7/31/18, 8/15/18, 8/31/18, 9/14/18, 9/28/18, 10/15/18, 10/31/18, 11/15/18, 11/30/18, 12/14/18, 12/31/18, 1/15/19, 1/31/19, 2/15/19, 2/28/19, 3/15/19, 3/29/19, 4/15/19, 4/30/19, 5/15/19** | |
| **Charles Scoville** | **$4,819.32, $4,748.99, $4,819.33, $4,748.98, $4,819.33, $4,667.88, $4,878.78, $4,808.43, $4,878.77, $4,808.43, $4,808.43, $4,876.78, $4,878.78, $4,808.42, $5,158.96, $5,166.23, $5,590.76, $5,520.40, $5,590.76, $5,520.41, $5,590.76, $5,520.40, $5,590.76, $5,520.41, $5,590.76** | | **Payroll** |
| **Relationship to debtor** **CEO** | | | |

30.6.

| | | **5/31/18, 6/15/18, 6/29/18, 7/13/18, 7/31/18, 8/15/18, 8/31/18, 9/14/18, 9/28/18, 10/15/18, 10/31/18, 11/15/18, 11/30/18, 12/14/18, 12/31/18, 1/15/19, 1/31/19, 2/15/19, 2/28/19, 3/15/19, 3/29/19, 4/15/19, 4/30/19, 5/15/19** | |
| **Kenneth Scott Reisenweber** | **$2277.55, $2,347.90, $2,277.54, $2,347.89, $2,277.55, $2,347.90, $2,277.54, $2,347.90, $2,277.55, $2,424.58, $2,494.92, $2,494.83, $2,424.58, $2,494.93, $2,424.58, $2,507.55, $2,418.60, $2,498.25, $2,427.90, $2,498.25, $2,427.91, $2,498.24, $2,427.91, $2,498.25** | | **Payroll** |
| **Relationship to debtor** **Managed Services Support Engineer** | | | |

30.7.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.8. | | | 5/31/18, 6/15/18, 6/29/18, 7/13/18, 7/31/18, 7/31/18, 8/15/18, 8/31/18, 9/14/18, 9/28/18, 10/15/18, 10/31/18, 10/31/18, 11/15/18, 11/30/18, 12/14/18, 12/31/18, 1/15/19, 1/31/19, 1/31/19, 2/15/19, 2/28/19, 3/15/19, 3/29/19, 4/15/19, 4/30/19, 4/30/19, 5/15/19 | |
| | **Benjamin Shackelford** | $3,867.14, $3,933.59, $3,867.14, $3,933.59, $3,867.14, $4,104.34, $3,933.58, $3,867.14, $3,933.59, $3,882.10, $4,207.71, $4,280.36, $5,989.35, $5,272.32, $5,199.67, $5,272.32, $4,207.76, $3,928.49, $3,862.03, $5,150.79, $3,928.50, $3,862.03, $3,928.49, $3,862.04, $3,928.48, $3,848.00, $6,592.74, $3,921.48 | | **Payroll** |
| | Relationship to debtor **Solution Architect** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.9. | | 7/5/18,<br>7/13/18,<br>7/31/18,<br>8/15/18,<br>8/31/18,<br>8/31/18,<br>9/14/18,<br>9/28/18,<br>9/28/18,<br>10/15/18,<br>10/31/18,<br>11/15/18,<br>11/30/18,<br>11/30/18,<br>12/14/18,<br>12/31/18,<br>12/31/18,<br>1/15/19,<br>1/31/19,<br>1/31/19,<br>2/15/19,<br>2/28/19,<br>2/28/19,<br>3/15/19,<br>3/29/19,<br>3/29/19,<br>4/15/19,<br>4/30/19,<br>4/30/19,<br>5/15/19 | |
| **Shawn Nutting** | $2,847.79, $3,312.74, $3,246.29, $3,136.84, $3,195.42, $20.75, $3,261.03, $3,195.41, $76.24, $3,195.41, $3,261.03, $3,261.04, $3,195.40, $92.00, $3,261.03, $3,195.41, $65.72, $3,270.07, $3,204.43, $126.26, $3,270.07, $3,204.44, $449.82, $3,270.07, $3,206.31, $504.08, $3,271.93, $3,206.32, $4,146.37, $3,271.93 | | **Payroll** |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Case 3:19-bk-03208    Doc 8    Filed 06/03/19    Entered 06/03/19 19:24:59    Desc Main
Document          Page 45 of 46

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 6/3/19 _____

_____          **Charles D. Scoville**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor          **CEO and President**

**Are additional pages** to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes