| Case No.: | 19-03208 | Trustee Name: | John C. McLemore |
| Case Name: | DIGITAL CONNECTIONS, INC. | Date Filed (f) or Converted (c): | 05/20/2019 (f) |
| For the Period Ending: | 09/30/2021 | §341(a) Meeting Date: | 06/17/2019 |
| | | Claims Bar Date: | 09/04/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Simmons Bank Operating Checking | $86,102.70 | $86,102.70 | | $114,848.01 | FA |
| 2  805 Teal Drive, Gallatin TN 37066 | $0.00 | $0.00 | | $0.00 | FA |
| 3  Simmons Bank Savings | $302.87 | $0.00 | | $302.87 | FA |
| 4  Rent and Utilities for 805 Teal Drive (See Assets 19, 20 & 22) | $8,550.00 | $0.00 | | $0.00 | FA |
| 5  Databank Holdings Ltd. | $1,978.79 | $1,978.79 | | $0.00 | FA |
| **Asset Notes:** See 10-23-2020 Note below. | | | | | |
| 6  Principal Life Insurance Co. | $3,491.08 | $332.71 | | $332.71 | FA |
| 7  Traveler's Insurance    This asset does not show up on the amended schedules | $4,250.00 | $0.00 | | $0.00 | FA |
| 8  Traveler's Insurance    This asset does not show up on the amended schedules | $9,491.25 | $0.00 | | $0.00 | FA |
| 9  Blue Cross Blue Shield | $13,211.85 | $7,028.35 | | $8,063.31 | FA |
| 10  ARs 90 days old or less: 612,854.20 + 1,500.00 | $614,354.20 | $614,354.20 | OA | $18,489.40 | FA |
| 11  ARs Over 90 days old: 14,146.58 | $14,146.58 | $14,146.58 | OA | $0.00 | FA |
| 12  Office Furniture acquired 10/8/15 | $19,766.06 | $19,766.06 | | $10,000.00 | FA |
| 13  Misc. Office Equipment | $205,402.82 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Sold with Asset 12. | | | | | |
| 14  Sniffer with VoIP options Yellowjacket Wireless Survey Kit Microsoft Office 2010 License MS Project License MS Visio Licenses NetIQ Software Microsoft Licenses Microsoft Licenses Helpdesk Software MS Licenses 1 Office Pro 3 Office Standa $0.00 | $48,948.77 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Sold with Asset 12 | | | | | |
| 15  State of Texas - Sales Tax Surety Bond | $27,525.00 | $27,525.00 | | $0.00 | FA |
| **Asset Notes:** State of TX offset against bond. | | | | | |
| 16  State of Tennessee - Deferred Income Taxes | $39,000.00 | $39,000.00 | | $0.00 | FA |
| **Asset Notes:** See 10-23-2020 Note below. | | | | | |
| 17  John Hancock Life Insurance Policy on Jamie Spurlock $8,016.00 | $8,016.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** No Cash Value to Company. Burdensome Asset. | | | | | |
| 18  Leasehold Improvements | $59,505.85 | $0.00 | | $0.00 | FA |

| Case No.: | 19-03208 | | Trustee Name: | John C. McLemore |
| Case Name: | DIGITAL CONNECTIONS, INC. | | Date Filed (f) or Converted (c): | 05/20/2019 (f) |
| For the Period Ending: | 09/30/2021 | | §341(a) Meeting Date: | 06/17/2019 |
| | | | Claims Bar Date: | 09/04/2019 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 19 | Gas Deposit Refund (u) | $0.00 | $122.32 | | $122.32 | FA |
| 20 | Gallatin Department of Electricity Refund (u) | $0.00 | $2,505.19 | | $2,505.19 | FA |
| 21 | TIPS Vender Agreement 180102 (u) | $0.00 | $1,000.00 | | $1,000.00 | FA |
| 22 | ADT Security Services, Inc. Refund (u) | $0.00 | $333.35 | | $333.35 | FA |
| 23 | Remnant Assets (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |

**Asset Notes:** 7/14/2021 Mt to Sell (Dkt. No. 90)
8/5/2021 Order to Sell (Dkt. No. 92)

**TOTALS (Excluding unknown value)**                                    **Gross Value of Remaining Asset**

$1,164,043.82      $819,195.25      $160,997.16      $0.00

**Major Activities affecting case closing:**

| Date | Activity |
|---|---|
| 10/25/2021 | NOW THAT WE HAVE THE FINAL FORM 5500 , NEED TO WORK WITH KEN KRAFT ON FINAL TAX RETURN FOR BANKRUPTCY ESTATE AND MOTION TO PAY KRAFT. ALSO, NEED TO FILE CLAIMS RECOMMENDATIONS. |
| 08/18/2021 | Email from Syndi at TAG -- It looks like all of the assets have now been liquidated and I have requested that the final Form 5500 be filed. I will forward a copy as soon as it is complete. |
| 08/16/2021 | Email to Syndi at TAG re: Final Form 5500. |
| 08/12/2021 | Filed Statement of Sale re: $5,000 remnant assets. |
| 07/14/2021 | Phillip Young filed Motion to Sell Remnant Assets for $5,000 |
| 07/07/2021 | Email to Ken Kraft. Need to follow up in 3 months for final Form 5500. |
| 07/06/2021 | Email from Ken Kraft. We will need 2021 Form 5500 before we can close case. |
| 06/30/2021 | Email to Ken Kraft re: 2020 Form 5500 for Digital Connections. |
| 06/28/2021 | TAG--receipt of Form 5500 for 2020 |
| 06/22/2021 | Update from Kristi Tawney on 401k plan - Plan was liquidated today. Waiting on final 5500 to be filed. |
| 03/25/2021 | Email from Nicole Sliger re: 401(k) Plan Termination. |
| 03/25/2021 | Another email from Nicole Sliger. Estimates complete process will be completed by June 30, 2021. |
| 03/25/2021 | Update from Micole Sliger at TAG Resources, LLC regarding the 401-k plan termination. |
| 02/23/2021 | Letter from IRS re: approval of abatement. Sent to Kraft. |
| 10/29/2020 | HOLD CASE OPEN UNTIL WE HEAR FROM THE IRS RE: ABATEMENT. |
| 10/23/2020 | Asset #5 Databank Holdings. This is not asset of the estate that can be successfully pursued. It is an offset. |
| 10/23/2020 | Asset # 16 State of Tennessee--deferred income taxes $39,000.00. This was a book entry only. There is no $39,000 to be pursued. |
| 10/16/2020 | Mail Summary and Annual Report for 401(k) Plan to participants. |
| 10/14/2020 | Filed Fee App for Kraft & Company, PLLC. |
| 10/14/2020 | Filed Fee App for Nashville Paralegal Source. |

| Case No.: | 19-03208 | | | Trustee Name: | John C. McLemore |
| Case Name: | DIGITAL CONNECTIONS, INC. | | | Date Filed (f) or Converted (c): | 05/20/2019 (f) |
| For the Period Ending: | 09/30/2021 | | | §341(a) Meeting Date: | 06/17/2019 |
| | | | | Claims Bar Date: | 09/04/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Date | Description |
|---|---|
| 10/12/2020 | Email to Ken Kraft and Brady Kelly - We received the attached overpayment for 6/30/17 tax period ($51.98 overpayment amount). |
| 09/29/2020 | Finished reviewing claims. |
| 09/28/2020 | Began review of claims filed. |
| 09/09/2020 | TAG Resources is third party administrator over retirement plan |
| 08/25/2020 | Signed Abatement Form for Kraft re: 2019 $4,100 IRS Penalty. |
| 08/24/2020 | Received $4,100 IRS Penalty for 2019 return because it was filed late. |
| 08/03/2020 | Mailed 2019 K1s. |
| 07/15/2020 | Email date from Ken Kraft re: tax return. |
| 06/09/2020 | PC with John Litchfield CEO/CFO at LBMC |
| 06/09/2020 | Email to Ken Kraft about getting 2019 tax done |
| 05/29/2020 | I have been on the search for Tyler Gobble the CPA at LBMC who at one time oversaw the DCI taxes. He has not been with LBMC in more than a year. The case file has been reassigned to Jamie Parmajian (pronounced "Par mank ian." |
| 05/26/2020 | Email to Ken Kraft re: appt. |
| 05/26/2020 | Filed Mt to Appt Kraft & Company. |
| 05/21/2020 | Email to Tom Colvin about 2017 & 2018 tax returns |
| 03/25/2020 | PC from Syndi Conard at Tag Resources the third party administrator for Digital's retirement, medical etc program. |
| 01/29/2020 | Usernames and passwords |
| 01/23/2020 | Sent check to ADP to process W-2s. |
| 11/21/2019 | Filed Mt to Pay Nashville Paralegal Source. |
| 10/31/2019 | NEED TO COLLECT ARs. |
| 10/21/2019 | Filed Statement of Sale re: 9-12-19 Motion to Sell. |
| 09/17/2019 | Filed Statement of Sale re: 7-1-19 Motion to Sell. |
| 09/10/2019 | PC from Louis Price atty for Pinnacle Business Systems. |
| 09/10/2019 | Email to David Mangum regarding carve out agreement with Miles Foundation |
| 09/09/2019 | Travelers Insurance contact |
| 08/13/2019 | Email to TX Comptroller re: filing. |
| 08/12/2019 | PC with Sarah Jones about off site computer equipment |
| 07/09/2019 | 341 attendance: John Baxter, Atty for Debtor, Chuck Scoville CEO & President, Gwendolyn-wife of former employee Jerald Lee, Jamie Spurlock, Carolyn Adkins and Representative of City of Goodlettsville |
| 07/01/2019 | Filed Mt to Sell to Landlord for $10,000. |
| 07/01/2019 | Email to Cindy Calaforra at network services group--computers burdensome. |
| 06/27/2019 | Email to Paul G. Jennings about purchase of personal property by landlord using in part debt forgiveness. |
| 06/18/2019 | ASC is Alternative Service Concepts. |
| 06/11/2019 | 341 continued to 7/8/19 at 3:00 p.m. |

| Case No.: | 19-03208 | | | Trustee Name: | John C. McLemore |
|---|---|---|---|---|---|
| Case Name: | DIGITAL CONNECTIONS, INC. | | | Date Filed (f) or Converted (c): | 05/20/2019 (f) |
| For the Period Ending: | 09/30/2021 | | | §341(a) Meeting Date: | 06/17/2019 |
| | | | | Claims Bar Date: | 09/04/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 06/10/2019 | Confusion on meeting time with Sarah Jones. |
| 06/07/2019 | Kristy Rion went to Business Location, picked up mail and changed address and Post Office. |
| 06/07/2019 | Filed Mt to Appt JCM PLLC. |
| 06/06/2019 | Contacts at Simmons Bank |
| 06/05/2019 | Email to Shane Ramsey, Debtor's counsel |
| 06/05/2019 | Email to Chuck Scoville and Tom Colvin. |

| | | | | |
|---|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/15/2020 | Current Projected Date Of Final Report (TFR): | 05/31/2022 | /s/ JOHN C. MCLEMORE |
| | | | | JOHN C. MCLEMORE |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| **Case No.** 19-03208 | **Trustee Name:** | John C. McLemore |
| **Case Name:** DIGITAL CONNECTIONS, INC. | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** **-***3977 | **Checking Acct #:** | ******0178 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 10/01/2020 | **Blanket bond (per case limit):** | $720,000.00 |
| **For Period Ending:** 09/30/2021 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/05/2019 | (1) | Simmons Bank | Turnover of Funds from Checking Account | 1129-000 | $67,077.50 | | $67,077.50 |
| 06/05/2019 | (3) | Simmons Bank | Turnover of Funds from Savings Account | 1129-000 | $302.87 | | $67,380.37 |
| 06/06/2019 | (1) | Simmons Bank | Turnover of Funds from Checking Account | 1129-000 | $47,770.51 | | $115,150.88 |
| 06/07/2019 | (10) | Sarrell Dental | AR Payment | 1121-000 | $7,840.00 | | $122,990.88 |
| 06/12/2019 | 3001 | ADT SECURITY SERVICES | Utilities per Invoice - Account No. 401454624 | 2420-000 | | $504.21 | $122,486.67 |
| 06/12/2019 | 3002 | Gallatin Public Utilities | Utilities per Invoice - Account No. 21/30130-2 | 2420-000 | | $164.28 | $122,322.39 |
| 06/12/2019 | 3003 | Gallatin Department of Electricity | Utilities per Invoice - Account No. 213931-001 | 2420-000 | | $808.32 | $121,514.07 |
| 06/19/2019 | (9) | BlueCross BlueShield of TN | COBRA HRA and Outside Carrier Prem Rec in April 2019 | 1129-000 | $565.25 | | $122,079.32 |
| 06/25/2019 | 3004 | Gallatin Public Utilities | Utilities per Invoice - Account No. 21/30130-2 | 2420-000 | | $302.96 | $121,776.36 |
| 07/12/2019 | (10) | thyssenkrupp Elevator Corporation | AR captured in mail | 1121-000 | $10,649.40 | | $132,425.76 |
| 07/18/2019 | 3005 | Gallatin Department of Electricity | Utilities per Invoice - Account No. 213931-001 | 2420-000 | | $765.75 | $131,660.01 |
| 07/24/2019 | (6) | Principal Life Insurance Company | Funds turned over per 6-26-19 demand letter | 1129-000 | $332.71 | | $131,992.72 |
| 07/31/2019 | (12) | Tenn Properties, GP | Proceeds per 7-1-19 Motion to Sell [Dkt. No. 22] Agreed Order [Dtk. No. 47] | 1129-000 | $10,000.00 | | $141,992.72 |
| 08/07/2019 | 3006 | Richards & Richards | Records Destruction Fee (Dkt. No. 46) | 2990-000 | | $1,076.40 | $140,916.32 |
| 08/08/2019 | 3007 | Gallatin Department of Electricity | Utilities per Invoice - Account No. 213931-001 | 2420-000 | | $772.77 | $140,143.55 |
| 08/08/2019 | 3008 | Gallatin Public Utilities | Utilities per Invoice - Account No. 21/30130-2 | 2420-003 | | $336.41 | $139,807.14 |
| 08/14/2019 | (19) | City of Gallatin | Gas Deposit Refund | 1290-000 | $122.32 | | $139,929.46 |
| 08/14/2019 | 3008 | VOID: Gallatin Public Utilities | Received check back from Gallatin Public Utilities. Account has a credit balance. | 2420-003 | | ($336.41) | $140,265.87 |
| 08/14/2019 | 3009 | The Miles Foundation | Turnover of funds per AO 7-30-19 | 4210-000 | | $10,000.00 | $130,265.87 |
| 09/03/2019 | (20) | City of Gallatin - Dept of Electricity | Electricity Refund | 1290-000 | $2,505.19 | | $132,771.06 |
| 09/18/2019 | 3010 | U.S. Bankruptcy Court Clerk | Filing Fee - Motion to Sell Docket No. 22 and 51 | 2700-000 | | $362.00 | $132,409.06 |
| 10/15/2019 | (9) | BlueCross BlueShield of TN | Overpayment - Terminated 5/20/19 - no claims | 1129-000 | $6,463.10 | | $138,872.16 |
| 10/15/2019 | (21) | Pinnacle Business Systems | Proceeds Per NOS 9-12-19 (Dkt. No. 51) | 1290-000 | $1,000.00 | | $139,872.16 |
| 11/19/2019 | (9) | BlueCross BlueShield of TN | Group MLR Rebate for 2018 | 1129-000 | $369.57 | | $140,241.73 |
| | | | | **SUBTOTALS** | $154,998.42 | $14,756.69 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| | | |
|---|---|---|
| **Case No.** | 19-03208 | |
| **Case Name:** | DIGITAL CONNECTIONS, INC. | |
| **Primary Taxpayer ID #:** | **-***3977 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/01/2020 | |
| **For Period Ending:** | 09/30/2021 | |

| | |
|---|---|
| **Trustee Name:** | John C. McLemore |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0178 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $720,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/03/2019 | (22) | ADT Security Services | Utility Refund | 1290-000 | $333.35 | | $140,575.08 |
| 12/18/2019 | 3011 | Nashville Paralegal Source, LLC | Fees & Expenses per 12-18-19 Order | * | | $2,045.77 | $138,529.31 |
| | | | Nashville Paralegal Source, LLC - Fees ($1,967.00) | 3991-000 | | | $138,529.31 |
| | | | Nashville Paralegal Source, LLC - Expenses ($78.77) | 3992-000 | | | $138,529.31 |
| 01/23/2020 | 3012 | ADP, LLC | ADP Client #537199/Lyon File #352330 W2 Processing Fee | 2420-000 | | $201.89 | $138,327.42 |
| 02/10/2020 | 3013 | International Sureties, Ltd | Blanket Bond #016026373 | 2300-000 | | $95.84 | $138,231.58 |
| 02/14/2020 | 3014 | U.S. Bankruptcy Court Clerk | Motion to Sell Filing Fee (Docket No. 22 & 51) | 2700-000 | | $362.00 | $137,869.58 |
| 02/20/2020 | 3014 | VOID: U.S. Bankruptcy Court Clerk | Fee Paid - See Check 3010 | 2700-003 | | ($362.00) | $138,231.58 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $2,419.05 | $135,812.53 |
| 08/03/2020 | | TN Department of Revenue | 2019 F&E Tax | 2820-000 | | $989.00 | $134,823.53 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($2,419.05) | $137,242.58 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $198.83 | $137,043.75 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $203.80 | $136,839.95 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $196.83 | $136,643.12 |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $203.10 | $136,440.02 |
| 11/05/2020 | 3015 | Kraft & Company, PLLC | Accountant Fee & Exp per 11-5-2020 Order (Dkt. No. 83) | * | | $9,370.41 | $127,069.61 |
| | | | Kraft & Company, PLLC - Accountant Fee ($8,915.05) | 3410-000 | | | $127,069.61 |
| | | | Kraft & Company, PLLC - Accountant Expense ($455.36) | 3420-000 | | | $127,069.61 |
| 11/05/2020 | 3016 | Nashville Paralegal Source, LLC | Admin Fee per 11-5-2020 Order (Dkt. No. 84) | 3991-000 | | $1,834.00 | $125,235.61 |
| 11/13/2020 | (9) | BCBS | Group MLR Rebate for 2019 | 1129-000 | $665.39 | | $125,901.00 |
| 11/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $184.35 | $125,716.65 |
| | | | | SUBTOTALS | $998.74 | $15,523.82 | |

Case 3:19-bk-03208 Doc 96 Filed 10/28/21 Entered 10/28/21 09:15:00 Desc Main Document Page 6 of 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | |
|---|---|
| Case No. | 19-03208 |
| Case Name: | DIGITAL CONNECTIONS, INC. |
| Primary Taxpayer ID #: | **-***3977 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2020 |
| For Period Ending: | 09/30/2021 |

| | |
|---|---|
| Trustee Name: | John C. McLemore |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0178 |
| Account Title: | |
| Blanket bond (per case limit): | $720,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $186.86 | $125,529.79 |
| 01/27/2021 | 3017 | International Sureties, Ltd | Bond Payment | 2300-000 | | $93.07 | $125,436.72 |
| 01/29/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $186.58 | $125,250.14 |
| 02/26/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $168.15 | $125,081.99 |
| 03/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $185.92 | $124,896.07 |
| 04/12/2021 | | TN Department of Revenue | 2020 F&E Filing Fee | 2820-000 | | $100.00 | $124,796.07 |
| 04/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $179.54 | $124,616.53 |
| 05/28/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $185.23 | $124,431.30 |
| 06/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $178.98 | $124,252.32 |
| 07/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $184.68 | $124,067.64 |
| 08/10/2021 | (23) | Oak Point Partners | Proceeds per 7/14/2021 Mt to Sell (Dkt. No. 90) and 8/5/2021 Order to Sell (Dkt. No. 92) | 1229-000 | $5,000.00 | | $129,067.64 |
| 08/26/2021 | 3018 | U.S. Bankruptcy Court Clerk | Filing Fee 7/14/2021 Motion to Sell (Dkt No. 90) | 2700-000 | | $188.00 | $128,879.64 |
| 08/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $189.61 | $128,690.03 |
| 09/30/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $185.10 | $128,504.93 |
| | | | | SUBTOTALS | $5,000.00 | $2,211.72 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| | |
|---|---|
| Case No. | 19-03208 |
| Case Name: | DIGITAL CONNECTIONS, INC. |
| Primary Taxpayer ID #: | **-***3977 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 10/01/2020 |
| For Period Ending: | 09/30/2021 |

| | |
|---|---|
| Trustee Name: | John C. McLemore |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0178 |
| Account Title: | |
| Blanket bond (per case limit): | $720,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $160,997.16 | $32,492.23 | $128,504.93 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $160,997.16 | $32,492.23 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $160,997.16 | $32,492.23 | |

**For the period of 10/01/2020 to 09/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $5,665.39 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,665.39 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,803.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,803.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/05/2019 to 9/30/2021**

| | |
|---|---|
| Total Compensable Receipts: | $160,997.16 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $160,997.16 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $32,492.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32,492.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 19-03208 | Trustee Name: | John C. McLemore |
|---|---|---|---|
| Case Name: | DIGITAL CONNECTIONS, INC. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3977 | Checking Acct #: | ******0178 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/01/2020 | Blanket bond (per case limit): | $720,000.00 |
| For Period Ending: | 09/30/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $160,997.16 | $32,492.23 | $128,504.93 |

For the period of 10/01/2020 to 09/30/2021

| | |
|---|---|
| Total Compensable Receipts: | $5,665.39 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,665.39 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13,803.58 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13,803.58 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 06/05/2019 to 9/30/2021

| | |
|---|---|
| Total Compensable Receipts: | $160,997.16 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $160,997.16 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $32,492.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $32,492.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JOHN C. MCLEMORE

JOHN C. MCLEMORE